UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re:                                                  Chapter 11

286 Rider Ave Acquisition LLC,                          Case No.  21-11298-lgb

                             Debtor.

--------------------------------------------------------X

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   286 Rider Ave Development LLC

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☐ Creditor
   ☐ Trustee
   ☒ Other (describe)  Equity Holders

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Order (A) Approving Bid Procedures in Connection with the Sale of the Debtor's Real Property, (B) Approving Form and Manner of Notice of Sale, and (C) Scheduling Auction [Dkt. No. 200]

2. State the date on which the judgment, order, or decree was entered: December 13, 2021

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: 286 Rider Ave Acquisition LLC   Attorney: Fred B. Ringel, Esq.
   Robinson Brog Leinwand Greene Genovese & Gluck P.C.
   875 Third Avenue - 9th Floor, New York, NY 10022
   fbr@robinsonbrog.com

2. Party: Be-Aviv 286 Rider LLC   Attorney: Joseph T. Moldovan, Esq.
   Morrison Cohen LLP
   909 Third Avenue
   New York, NY 10022

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_/s/ Jason A. Nagi_  
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: December 20, 2021

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):

Jason A. Nagi, Esq.  
Offit Kurman, P.A.  
590 Madison Avenue - 6th Floor, New York, NY 10022  
Tel (212) 545-1900  
Email: Jason.nagi@offitkurman.com

Joyce A. Kuhns, Esq.  
Offit Kurman P.A.  
300 East Lombard Street, Suite 2010  
Tel (410) 209 6463  
Email: jkuhns@offitkurman.com